STATE OF NORTH CAROLINA v. JONES LUTHER CHANDLER

No. 7425SC365

(Filed 15 May 1974)

APPEAL by defendant from *Braswell, Judge,* 8 October 1973 Session of Superior Court held in CALDWELL County.

Defendant was convicted of murder in the second degree and two offenses of assault with a firearm with intent to kill. Judgments imposing a prison sentence of thirty years and two sentences of five years were entered. The sentences will be served concurrently.

*Attorney General Robert Morgan by James F. Bullock, Deputy Attorney General and R. W. Dew, Jr., Assistant Attorney General, for the State.*

*Paul L. Beck for defendant appellant.*

VAUGHN, Judge.

The only assignment of error is that the court should have granted defendant's motion for nonsuit. Appellant does not bring forward in his brief argument or authority to support the exception. Nevertheless, we have reviewed the testimony and find that evidence of defendant's guilt was clear and compelling. We have examined the record proper and find no error.

No error.

Judges CAMPBELL and MORRIS concur.